UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SAMUEL LYNN HARRISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **JUDGMENT** |
| CITY OF DURHAM, CITY OF DURHAM ) | No. 5:15-CV-74-F |
| EMPLOYEES, FEDERAL BUREAU OF ) | |
| INVESTIGATION, EQUAL EMPLOYMENT ) | |
| SECURITY COMMISSION, NC DEPARTMENT ) | |
| OF LABOR, CAE USA INC. and all Employees, ) | |
| CORMETECH INC. and all Employees, and ) | |
| NORMENT SECURITY GROUP and all ) | |
| Employees, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED,** after a thorough and independent review of the Memorandum and Recommendation [DE-5] and a *de novo* review of the record, that the Complaint [DE-ll] must be DISMISSED as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**This Judgment Filed and Entered on April 13, 2015, and Copies To:**

Samuel Lynn Harrison, 6809 Paint Rock Lane, Raleigh, NC 27610 (via U.S. Mail)

| | |
|---|---|
| DATE | JULIE RICHARDS JOHNSTON, CLERK |
| April 13, 2015 | /s/ Jacqueline B. Grady |
| | (By) Jacqueline B. Grady, Deputy Clerk |